**Order entered September 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01223-CV

**MICHAEL MORFORD D/B/A NEMAHA WATER SERVICES, GEFFREY ARNOLD MCFALLS, INDIVIDUALLY D/B/A NEMAHA WATER SERVICES, NEMAHA WATER SERVICES, LP, NEMAHA WATER SERVICES GP, LLC, NEMAHA WATER SERVICES OK-1702, LLC, AND NEMAHA SERVICES HOLDING COMPANY, LLC, Appellants**

**V.**

**ESPOSITO SECURITIES, LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05795**

# ORDER

Based on the Court's opinion and judgment of this date, we **VACATE** the stay of arbitration proceedings before the American Arbitration Association granted in our order dated November 26, 2014 and **ORDER** that any further action in that proceeding is governed by our judgment in this appeal.

/s/    CRAIG STODDART
        JUSTICE